IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

Courtroom Deputy:  Deborah Hansen           Date:  September 6, 2011
Court Reporter: Kara Spitler                Probation: Kurt Thoene
                                            Interpreter: Susana Cahill

_____

Criminal Action No.  11-cr-00153-WJM        <u>Counsel:</u>

UNITED STATES OF AMERICA,                   Kurt Bohn

     Plaintiff,

v.

JOSE MARTIN GARCIA-JAQUEZ,                  Virginia Grady

     Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:29 a.m.     Court in Session

Defendant is present and in custody.

Appearances

Interpreter sworn.

Defendant sworn.

Court's comments

**ORDERED:  The Government's Motion to Grant the Defendant An Additional
            One-Level Decrease Pursuant to U.S.S.G. § 3E1.1(b) [Doc No. 31] is**

**GRANTED.**

10:36  Ms. Grady's Argument re Defendant's Motion For Below-Guideline Statutory or "Variant" Sentence [Doc No. 30]

10:46  Response by Mr. Bohn

**ORDERED.  If the Government is asking for a continuance of this hearing, the request is DENIED**.

10:57  Further Argument by Ms. Grady

Statement by defendant.

**ORDERED   The Defendant's Motion For Below-Guideline Statutory or "Variant" Sentence [Doc No. 30] is GRANTED**.

The Court will subsequently enter a written order setting forth the Court's ruling, but for purposes of this hearing the Court will summarize its findings and conclusions with regard to its ruling on Defendant's motion for a variant sentence.

Defendant plead guilty to Count One of the Indictment on June 17, 2011.

**ORDERED:  Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant, Jose Martin Garcia-Jaquez, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 14 months.**

**ORDERED:  Upon release from imprisonment defendant is placed on Supervised Release for a term of one year.**

> **1)   Within 72 hours of release from the custody of the Bureau of Prisons defendant must report in person to the probation office in the district to which defendant is released.  And while on supervised release defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant must comply with the standard conditions adopted by this Court.**
>
> **2)   The mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the Amended Presentence Investigation Report indicates a low risk of future substance abuse by the defendant, and it is likely he will be deported.**

>> **3)** The Defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

**Special Conditions of Supervised Release:**

>> **1)** If the Defendant is deported, he shall not thereafter re-enter the United States illegally. If the Defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

>> **2)** The defendant shall pay a special assessment of $100.00, which is due and payable immediately.

**ORDERED:** The Court finds that the Defendant does not have the ability to pay a fine, and the fine is WAIVED.

The Court advises the defendant of his right to appeal the Court's sentencing decision to the Tenth Circuit Court of Appeals.

Mr. Bohn's comments

The Government's objection to the Court's sentence is reiterated on the record.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

11:20 a.m.    Court in Recess
              Hearing concluded
              Time: /51